**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57650-U, F14-70586-U, F14-70971-U, F14-75674-U**

## ORDER

The Court **GRANTS** court reporter Georgina Ware's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ware to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE